# Court of Appeals
# of the State of Georgia

ATLANTA,  November 29, 2016

*The Court of Appeals hereby passes the following order:*

## A17D0160.  ALONZO Q. HILL v. CHANESTIA P. DAVIS.

Alonzo Hill seeks discretionary review of the superior court's final order granting sole legal and physical custody of his child to the child's mother and establishing a visitation schedule. Under OCGA § 5-6-34 (a) (11), direct appeals are permitted from "[a]ll judgments or orders in child custody cases awarding, refusing to change, or modifying child custody or holding or declining to hold persons in contempt of such child custody judgment or orders." Thus, the order Hill seeks to appeal is directly appealable.

Under OCGA § 5-6-35 (j), this Court will grant a timely discretionary application if the lower court's order is subject to direct appeal. Accordingly, this application is hereby GRANTED. Hill shall have ten days from the date of this order to file a notice of appeal with the superior court, if he has not already done so. The clerk of the superior court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*  11/29/2016
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*